UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 3:12-cr-00023-RCJ-VPC-1 |
| XOCHITL GARCIA-SANTANA, | ) ) | ORDER |
| Defendant. | ) ) | |

The Court having reconsidered the analysis and decision contained in Order (ECF No. 22) entered on May 11, 2012, the Court now strikes that order and grants the Motion to Dismiss Indictment (ECF No. 15) upon the grounds contained in Defendants motion accordingly,

IT IS HEREBY ORDERED that the Clerk of the Court shall STRIKE the Court's Order (ECF No. 22).

IT IS FURTHER ORDERED that the Motion to Dismiss the Indictment Pursuant to the Due Process Clause of the Fifth Amendment and Title 18 United States Code Section 1326(d) is GRANTED.

IT IS SO ORDERED.

Dated this 22nd day of August, 2012.

ROBERT C. JONES
United States Chief District Judge