UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>XOCHITL GARCIA-SANTANA, )<br>)<br>Defendant. )<br>_____ ) | 3:12-cr-00023-RCJ-VPC-1<br><br>**ORDER** |

Defendant Xochitl Garcia-Santana was indicted for a single count of Illegal Reentry After Deportation, 8 U.S.C. § 1326(d).  Defendant moved to dismiss the Indictment based upon a due process violation in the underlying deportation proceedings.  The Court denied that motion but later dismissed the Indictment for selective prosecution, conditioned upon Defendant's consent to voluntary departure, which has not occurred because Defendant is apparently ineligible.  The Government has appealed and has asked the Court to reconsider the conditional dismissal order.  For the reasons given at the hearing, the Court will not reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Reconsider (ECF No. 30) is DENIED, and the Indictment is DISMISSED.

IT IS SO ORDERED.

Dated this 25th day of March, 2013.

_____
ROBERT C. JONES
United States District Judge